IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS;
1998 BMW 740IL VIN WBAGJ8320WDM08536;
2000 AUDI A8 VIN WAUFL54D1YND002010;
2001 FORD MUSTANG VIN 1FAFP42X61F104391;
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027;
1998 LEXUS GS300 VIN JT8BD68S8W0032384;
$747.00 UNITED STATES CURRENCY;
$850.00 UNITED STATES CURRENCY;
$953.00 UNITED STATES CURRENCY; and
$545.00 UNITED STATES CURRENCY,

        Defendants.

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This matter comes before the Court, *sua sponte*.

**IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge Kathleen M. Tafoya to conduct proceedings in this action as follows:

- (X) Convene a scheduling conference under FED. R. CIV. P. 16(b); enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2; and hear and determine any motions seeking amendment or modification of the Scheduling Order.

- (X) Convene such settlement conferences as may facilitate resolution of this case.

- (X) Hear and determine motions relating to discovery.

(X)   Hear and determine such other non-dispositive motions as may be specifically referred.

(X)   Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on specifically referred dispositive motions.

**IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with Judge Krieger's requirements found at** www.cod.uscourts.gov **.**

DATED this 16th day of March, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge