IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS;
1998 BMW 740IL VIN WBAGJ8320WDM08536;
2000 AUDI A8 VIN WAUFL54D1YND002010;
2001 FORD MUSTANG VIN 1FAFP42X61F104391;
1998 MERCEDES-BENZ S500 VIN WDBGA51G52A385027;
1998 LEXUS GS300 VIN JT8BD68S8W0032384;
$747.00 UNITED STATES CURRENCY;
$850.00 UNITED STATES CURRENCY;
$953.00 UNITED STATES CURRENCY; and
$545.00 UNITED STATES CURRENCY,

        Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

        IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 17th day of March, 2011.

                                            **BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge