

Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

| PLAINTIFF   UNITED STATES OF AMERICA | COURT CASE NUMBER  11-cv-00511-MSK-KMT |
|---|---|
| DEFENDANT   18753 Comic Books, et. al. | TYPE OF PROCESS   Execute Warrant and Order |

| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | 2001 FORD MUSTANG VIN 1FAFP42X61F104391 |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| United States Attorney's Office <br> ATTN: Asset Forfeiture Unit <br> 1225 17th Street, Suite 700 <br> Denver, Colorado 80202 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF |
| | CHECK BOX IF |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE*(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*

Please execute attached Warrant and Order seizing defendant Mustang

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (303)454-0162 | DATE 03/21/2011 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the total number of process indicated. | District of Origin No. *CO* | District to Serve No. *CO* | Signature of Authorized Treasury Agency Officer | Date 03/24/2011 |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| Name and title of individual served if not shown above: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address: (complete only if different than shown above) | Date of Service 03/24/2011   Time 11:35 ☒ am ☐ pm |
| | Signature, Title and Treasury Agency   *Special Agent IRS* |

Remarks: I seized the above noted vehicle and placed in secure storage.