IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

        Defendants.

_____

## AMENDED ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*

_____

        Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Amended Verified Complaint filed herein that the Court has jurisdiction over the defendant properties, and it appears, for the reasons and causes set forth in the Amended Verified Complaint, that there is probable cause to believe the defendant properties are subject to a decree of forfeiture, and that an Amended Warrant for Arrest of the defendant properties should enter.

        IT IS THEREFORE ORDERED AND DECREED that an Amended Warrant for Arrest of Property *In Rem* for the defendant properties shall issue as prayed for and that the Internal Revenue Service, Criminal Investigation and/or any other duly authorized law enforcement officer is directed

to arrest and seize the defendant properties as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

THAT the Internal Revenue Service, Criminal Investigation and/or any other duly authorized law enforcement officer shall promptly return the Warrant to the Court; and

THAT pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant properties must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions no later than 60 days after the first day of publication on an official internet government forfeiture site, and shall serve and file their Answers to the Verified Complaint within twenty-one (21) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney Martha A. Paluch, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado.

DONE at Denver, Colorado, this ___ day of _____, 2011.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE