IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

        Defendants.

---

## AMENDED WARRANT FOR ARREST OF PROPERTY *IN REM*

---

TO: INTERNAL REVENUE SERVICE, CRIMINAL INVESTIGATION AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the Amended Order for Warrant for Arrest of Property In Rem issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, all the defendant properties described in the Amended Verified Complaint for Forfeiture In Rem filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

PROMPTLY TO make your return of the Warrant with the Court;

DONE at Denver, Colorado, this 27th day of April, 2011.

                                                GREGORY C. LANGHAM  
                                                Clerk of the United States District Court

                                                By: _Loelle Gianelli_  
                                                     Deputy Clerk