IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

        Defendants.
_____

**STATUS REPORT – MAY 2, 2011**
_____

    COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to this Court's March 17, 2011 Minute Order, submits the following Status Report.

    1.    On March 2, 2011, the United States filed its Verified Complaint for Forfeiture *In Rem* in this case.  Doc. 1.

    2.    This Court issued an Order for Warrant for Arrest of Property *In Rem* on March 17, 2011.  Doc. 5.

    3.    The Warrant for Arrest of Property *In Rem* was issued by the Clerk of the Court on March 18, 2011.  Doc. 6.

4. The Warrant and Order were executed upon the defendant property forthwith. Docs. 7-16.

5. After discovering the VIN number for defendant Audi was incorrect in the original caption, undersigned counsel filed an Amended Verified Complaint for Forfeiture *In Rem* on April 25, 2011. Doc. 17.

6. An Amended Order for Warrant for Arrest of Property *In Rem* was signed by the Court on April 26, 2011. Doc. 18. The Clerk of the Court signed the Amended Warrant for Arrest of Property *In Rem* on April 27, 2011. Doc. 19.

7. The United States Marshals Service is in the process of executing the amended warrant and order on the defendant property.

8. Once this is accomplished, the United States will then commence notification to any known third parties and will begin publication on an official government website of the instant forfeiture action.

9. Pursuant to this Court's March 17, 2011 Minute Order, the United States understands that its next Status Report is due to be filed in this Court on **June 1, 2011.**

Dated this 2nd day of May, 2011.

          JOHN F. WALSH
          United States Attorney

By: s/ Martha A. Paluch
     MARTHA A. PALUCH
     Assistant United States Attorney
     1225 17th Street, Suite 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     FAX: (303) 454-0402
     E-mail: Martha.paluch@usdoj.gov
     Attorney for Plaintiff