

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| | | |
|---|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | | COURT CASE NUMBER 11-cv-00511-MSK-KMT |
| **DEFENDANT** 18,753 Comic Books, et. al. | | TYPE OF PROCESS Execute Amend Warrant/Order |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | 18,753 Comic Books |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| United States Attorney's Office<br>ATTN: Asset Forfeiture Unit<br>1225 17th Street, Suite 700<br>Denver, Colorado 80202 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF |
| | CHECK BOX IF |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)*:

Please execute attached Amended Warrant and Order seizing defendant Comic Books

| Signature of Attorney or other Originator requesting service on behalf of: *Martha Paluch* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER (303)454-0100 | DATE 04/27/2011 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. 1 | District of Origin No. CO | District to Serve No. CO | Signature of Authorized Treasury Agency Officer | Date 05/09/2011 |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| Name and title of individual served if not shown above: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address: *(complete only if different than shown above)* | Date of Service 05/09/2011 — Time 11:00 ⓐm / pm |
| | Signature, Title and Treasury Agency<br>*Special Agent IRS* |

Remarks: I seized 18,753 comic books and placed them in secure storage.