

Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER | 11-cv-00511-MSK-KMT |
|---|---|---|---|
| DEFENDANT | 18,753 Comic Books, et. al. | TYPE OF PROCESS | Execute Amend Warrant/Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

2000 AUDI A8 VIN WAUFL54D1YN002010

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

NUMBER OF PROCESS TO BE SERVED IN THIS CASE

NUMBER OF

CHECK BOX IF

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)*:

Please execute attached Amended Warrant and Order seizing defendant Audi

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Martha Paluch*
TELEPHONE NUMBER: (303)454-0100
DATE: 04/27/2011

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. CO
District to Serve No. CO
Signature of Authorized Treasury Agency Officer
Date 05/09/2011

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address: *(complete only if different than shown above)*

Date of Service: 05/09/2011
Time: 11:00 ⓐⓜ / pm

Signature, Title and Treasury Agency
Special Agent IRS

Remarks: I seized the above noted vehicle and placed in secure storage.