

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 11-cv-00511-MSK-KMT |
| **DEFENDANT** 18,753 Comic Books, et. al. | **TYPE OF PROCESS** Execute Amend Warrant/Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

---

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

~~United States Attorney's Office~~
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| NUMBER OF | |
| CHECK BOX IF | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*

Please execute attached Amended Warrant and Order seizing defendant Benz

| Signature of Attorney or other Originator requesting service on behalf of: Martha Paluch | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (303)454-0100 | DATE 04/27/2011 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. 1 | District of Origin No. CO | District to Serve No. CO | Signature of Authorized Treasury Agency Officer | Date 05/09/2011 |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: (complete only if different than shown above)

| Date of Service 05/09/2011 | Time 11:00 ⓐⓜ / pm |
|---|---|

Signature, Title and Treasury Agency

Special Agent IRS

**Remarks:** I seized the above noted vehicle and placed in secure storage.