

## Department of the Treasury
### Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| | | | |
|---|---|---|---|
| **PLAINTIFF** | UNITED STATES OF AMERICA | **COURT CASE NUMBER** | 11-cv-00511-MSK-KMT |
| **DEFENDANT** | 18,753 Comic Books, et. al. | **TYPE OF PROCESS** | Execute Amend Warrant/Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

$953.00 UNITED STATES CURRENCY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

NUMBER OF PROCESS TO BE SERVED IN THIS CASE

NUMBER OF

CHECK BOX IF

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*

Please execute attached Amend Warrant and Order seizing defendant Currency

Signature of Attorney or other Originator requesting service on behalf of: *Martha Paluch*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (303)454-0100

DATE: 04/27/2011

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1

District of Origin No. CO

District to Serve No. CO

Signature of Authorized Treasury Agency Officer

Date 05/09/2011

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: (complete only if different than shown above)

Date of Service: 05/09/2011

Time: 11:00 ☒ am / ☐ pm

Signature, Title and Treasury Agency: Special Agent IRS

Remarks: I seized $953.00 and caused it to be deposited to the US Treasury Suspense account.