IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

        Defendants.

## NOTICE OF ARREST AND PROCEDURE

THE UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorney Martha A. Paluch, states:   THAT on April 25, 2011, the United States of America filed a Amended Verified Complaint for Forfeiture *In Rem* pursuant to 18 U.S.C. § 981 for the forfeiture of the defendant properties (Doc. #17).

THAT the Internal Revenue, Criminal Investigation Division, executed the Amended Warrants of Arrest of Property *In Rem* against the defendant property on May 9, 2011 (Docs. # 21-29).

1

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and the Federal Rules of Civil Procedure.  Any persons claiming or asserting an interest in the above-described personal property must file their Claims pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court, at Denver, Colorado, within thirty-five (35) days after the date of this notice, or by June 23, 2011.  Their Answers to the Complaint must be filed within twenty-one (21) days after filing their Claim.  Copies of these documents must be provided to the undersigned Assistant United States Attorney.  Unless all interested parties file their Claims and Answers within the specified time, a default pursuant to Rule 55 will be noted and forfeiture will be sought of the interest in the defendant personal property.

DATED this 19th day of May, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0353
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov