IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2011, a true and correct copy of the NOTICE OF ARREST AND PROCEDURES, AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, AMENDED ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*, AMENDED WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION was mailed, postage prepaid, in addition to certified mail, return receipt requested, to:

| | |
|---|---|
| Aaron Castro 200900010786<br>Adams County Det Facility<br>P.O. Box 5001<br>Brighton, CO 80601 | Cert # 7010 1870 0001 7899 5096 |
| Aaron Castro<br>9693 Ironton Street<br>Commerce City, CO 80022 | Cert # 7010 1870 0001 7899 5102 |
| Alfonzo Castro 133690<br>Arkansas Valley Correctional Facility<br>P.O. Box 1000<br>Crowley, CO 81034 | Cert # 7010 1870 0001 7899 5119 |
| Aaron Castro<br>7161 Samuel Drive, #7<br>Denver, CO 80221 | Cert # 7010 1870 0001 7899 5126 |
| Aureliano Montoya-Cervantes<br>15625 E. 50th Avenue<br>Denver, CO 80239 | Cert # 7010 1870 0001 7899 5133 |
| Nicholas Castro<br>3172 Atchinson Way<br>Aurora, CO 80011 | Cert # 7010 1870 0001 7899 5140 |
| Carlos Olmos<br>6003 Grape Drive<br>Commerce City, CO 80022 | Cert # 7010 1870 0001 7899 5157 |
| Chia Lee 150678<br>Trinidad Correctional Facility<br>P.O. Box 2000<br>Trinidad, CO 81082 | Cert # 7010 1870 0001 7899 5164 |
| Omar Carrola<br>4864 Gibralter Street<br>Denver, CO 80249 | Cert # 7010 1870 0001 7899 5171 |

s/Pamela D. Thompson
Office of the United States Attorney