IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

　　　　　Defendants.
_____

**STATUS REPORT – JULY 1, 2011**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to this Court's March 17, 2011 Minute Order, submits the following Status Report.  (Doc. 3).

1.　　Since the filing of its June 1, 2011 Status Report, the following events have occurred.  (Doc. 32).

2.　　Publication on an official government website of the instant forfeiture action was completed on June 22, 2011.

3.     The United States sent notice to any known third parties on May 19, 2011, and to date, no claims have been filed.  (Doc. 30).

4.     Pursuant to this Court's March 17, 2011 Minute Order, the United States understands that its next Status Report is due to be filed in this Court by **August 1, 2011.**  (Doc. 3).

DATED this 1st day of July, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:   s/ *Martha A. Paluch*
      MARTHA A. PALUCH
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      FAX: (303) 454-0402
      E-mail: Martha.paluch@usdoj.gov
      Attorney for Plaintiff