IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2011, a true and correct copy of the NOTICE OF ARREST AND PROCEDURES, AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, AMENDED ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*, AMENDED WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION was mailed, postage prepaid, in addition to certified mail, return receipt requested, to:

Omar Carrola  
4684 Gibraltar Street  
Denver, CO 80249

Cert # 7010 1870 0001 7899 5249

s/ *Pamela D. Thompson*  
Office of the United States Attorney