IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

       Defendants.

## NOTICE OF PUBLICATION

       I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning May 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

       DATED this 22nd day of July, 2011.

>
> Respectfully submitted,
>
> JOHN F. WALSH
> United States Attorney
>
> By:  s/ *Martha A. Paluch*
> MARTHA A. PALUCH
> Assistant United States Attorney
> United States Attorney's Office
> 1225 17th Street, Suite 700
> Denver, Colorado 80202
> Telephone: (303) 454-0353
> Fax: (303) 454-0402
> E-mail: Martha.Paluch@usdoj.gov
> Attorney for Plaintiff