Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## COURT CASE NUMBER: 11-CV-0511-MSK-KMT; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

18,753 COMIC BOOKS (09-IRS-001491) which was seized from Aaron Castro on August 14, 2009 at 9693 Ironton Street, located in Commerce City, CO

1998 BMW 740 IL VIN# WBAGJ8320WDM08536 (09-IRS-001492) which was seized from Aaron Castro on August 14, 2009 at 4865 Quebec Street, located in Denver, CO

2000 AUDI A8 VIN# WAUFL54D1YN002010 (09-IRS-001493) which was seized from Aureliano Montoya-Cervantes on August 14, 2009 at 15625 East 50th Ave, located in Denver, CO

2001 FORD MUSTANG VIN# 1FAFP42X61F104391 (09-IRS-001494) which was seized from Aaron Castro on August 14, 2009 at 15200 E. 53rd Ave, located in Denver, CO

1998 MERCEDES-BENZ VIN# WDBGA51G5WA385027 (09-IRS-001495) which was seized from Nicholas Castro on August 14, 2009 at 3172 Atchinson Way, located in Aurora, CO

1998 LEXUS GS300 VIN# JT8BD68S8W0032384 (09-IRS-001496) which was seized from Carlos Olmos on August 14, 2009 at 6003 Grape Drive, located in Commerce City, CO

$747.00 in US CURRENCY (09-IRS-001497) which was seized from Alfonzo Castro on August 14, 2009 at 7161 Samuel Drive #7, located in Denver, CO

$850.00 in US CURRENCY (09-IRS-001498) which was seized from Chia Lee on August 14, 2009 at 8939 Circle Drive, located in Westminster, CO

$953.00 in US CURRENCY (09-IRS-001499) which was seized from Omar Carrola on August 14, 2009 at 4864 Gibralter Street, located in Denver, CO

$545.00 in US CURRENCY (09-IRS-001500) which was seized from Aureliano Montoya-Cervantes on August 14, 2009 at 15625 E. 50th Ave, located in Denver, CO

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (May 24, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 901 19th Street, Denver, CO  80294, and copies of each served upon Assistant United States Attorney Martha Paluch, 1225 17th Street, Ste 700, Denver, CO  80202, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 24, 2011 and June 22, 2011.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 18,753 COMIC BOOKS et al

**Court Case No:** 11-CV-0511-MSK-KMT
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/24/2011 | 24.0 | Verified |
| 2 | 05/25/2011 | 23.9 | Verified |
| 3 | 05/26/2011 | 23.9 | Verified |
| 4 | 05/27/2011 | 24.0 | Verified |
| 5 | 05/28/2011 | 24.0 | Verified |
| 6 | 05/29/2011 | 24.0 | Verified |
| 7 | 05/30/2011 | 24.0 | Verified |
| 8 | 05/31/2011 | 24.0 | Verified |
| 9 | 06/01/2011 | 24.0 | Verified |
| 10 | 06/02/2011 | 24.0 | Verified |
| 11 | 06/03/2011 | 24.0 | Verified |
| 12 | 06/04/2011 | 24.0 | Verified |
| 13 | 06/05/2011 | 24.0 | Verified |
| 14 | 06/06/2011 | 24.0 | Verified |
| 15 | 06/07/2011 | 23.9 | Verified |
| 16 | 06/08/2011 | 24.0 | Verified |
| 17 | 06/09/2011 | 23.9 | Verified |
| 18 | 06/10/2011 | 24.0 | Verified |
| 19 | 06/11/2011 | 24.0 | Verified |
| 20 | 06/12/2011 | 24.0 | Verified |
| 21 | 06/13/2011 | 24.0 | Verified |
| 22 | 06/14/2011 | 24.0 | Verified |
| 23 | 06/15/2011 | 24.0 | Verified |
| 24 | 06/16/2011 | 24.0 | Verified |
| 25 | 06/17/2011 | 24.0 | Verified |
| 26 | 06/18/2011 | 24.0 | Verified |
| 27 | 06/19/2011 | 24.0 | Verified |
| 28 | 06/20/2011 | 24.0 | Verified |
| 29 | 06/21/2011 | 24.0 | Verified |
| 30 | 06/22/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.