IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

       Defendants.
_____

## STATUS REPORT – JULY 29, 2011
_____

      COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to this Court's March 17, 2011 Minute Order, submits the following Status Report. (Doc. 3).

      1.    Since the filing of its July 1, 2011 Status Report, the following events have occurred. (Doc. 33).

      2.    The United States sent notice to any known third parties on May 19, 2011, (Doc. 30), and to an additional address for one of the possible parties to this civil proceeding on July 1, 2011. (Docs. 34 and 35). To date, no claims have been filed.

1

3. Pursuant to this Court's March 17, 2011 Minute Order, the United States understands that its next Status Report is due to be filed in this Court by **September 1, 2011.** (Doc. 3).

DATED this 29th day of July, 2011.

          Respectfully submitted,

          JOHN F. WALSH
          United States Attorney

By:  s/ *Martha A. Paluch*
     MARTHA A. PALUCH
     Assistant United States Attorney
     1225 17th Street, Suite 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     FAX: (303) 454-0402
     E-mail: Martha.paluch@usdoj.gov
     Attorney for Plaintiff