IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

    Defendants.

## MOTION FOR CLERK'S ENTRY OF DEFAULT

COMES NOW the United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to Fed.R.Civ.P. 55, moves for entry of default. In support, Plaintiff states:

1. Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the plaintiff's Certificates of Service filed with the Court on May 19, 2011, and July 1, 2011 (Docs. 31 and 35).

2. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

1

Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on July 22, 2011 (Doc. 36).

3. Based on internet publication and direct notice, anyone wishing to contest forfeiture of the defendant property was required to file a Claim no later than August 5, 2011, pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. To date, no claim, answer, or other responsive pleading has been filed as to this defendant property.

WHEREFORE, the United States requests that pursuant to Fed.R.Civ.P. 55(a), the Clerk enter default.

DATED this 10th day of August, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
Attorney for Plaintiff

## CERTIFICATE OF MAILING

I hereby certify that on this 10th day of August, 2011, a true copy of the foregoing was mailed via regular mail and certified mail return receipt requested to:

Aaron Castro # 200900010786                    Cert # 7010 2780 0002 3338 6161
Adams County Detention Facility
P.O. Box 5001
Brighton, CO 80601

2

| | |
|---|---|
| Aaron Castro<br>9693 Ironton Street<br>Commerce City, CO 80022 | Cert # 7010 2780 0002 3338 6178 |
| Alfonzo Castro # 133690<br>Arkansas Valley Correctional Facility<br>P.O. Box 1000<br>Crowley, CO 81034 | Cert # 7010 2780 0002 3338 6185 |
| Aaron Castro<br>7161 Samuel Drive, #7<br>Denver, CO 80221 | Cert # 7010 2780 0002 3338 6192 |
| Aureliano Montoya-Cervantes<br>15625 E. 50th Avenue<br>Denver, CO 80239 | Cert # 7010 2780 0002 3338 6208 |
| Nicholas Castro<br>3172 Atchinson Way<br>Aurora, CO 80011 | Cert # 7010 2780 0002 3338 6215 |
| Carlos Olmos<br>6003 Grape Drive<br>Commerce City, CO 80022 | Cert # 7010 2780 0002 3338 6222 |
| Chia Lee # 150678<br>Trinidad Correctional Facility<br>P.O. Box 2000<br>Trinidad, CO 81082 | Cert # 7010 2780 0002 3338 6239 |
| Omar Carrola<br>4684 Gibraltar Street<br>Denver, CO 80249 | Cert # 7010 2780 0002 3338 6246 |

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney