IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

    Defendants.

## ENTRY OF DEFAULT

THIS MATTER is before the Clerk's Office on Plaintiff's Motion for Clerk's Entry of Default. Upon examination of our records, we find that:

    1.    Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the plaintiff's Certificates of Service filed with the Court on May 19, 2011, and July 1, 2011 (Docs. 31 and 35); and

    2.    Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

1

Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on July 22, 2011 (Doc. 36); and

3. Based on internet publication and direct notice, anyone wishing to contest forfeiture of the defendant property was required to file a Claim no later than August 5, 2011, pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. To date, no claim, answer, or other responsive pleading has been filed as to this defendant property.

Therefore, DEFAULT of the defendant property is herewith entered.

DONE at Denver, Colorado this _____ day of _____, 2011.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk