IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

    Defendants.

---

ENTRY OF DEFAULT

---

THIS MATTER is before the Clerk's Office on Plaintiff's Motion for Clerk's Entry of Default. Upon examination of our records, we find that:

1. Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the plaintiff's Certificates of Service filed with the Court on May 19, 2011, and July 1, 2011 (Docs. 31 and 35); and

2. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

      Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on July 22, 2011 (Doc. 36); and

3. Based on internet publication and direct notice, anyone wishing to contest forfeiture of the defendant property was required to file a Claim no later than August 5, 2011, pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. To date, no claim, answer, or other responsive pleading has been filed as to this defendant property.

Therefore, DEFAULT of the defendant property is herewith entered.

DATED: August 11, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By:   s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that on August 11, 2011, I mailed a copy of the Entry of Default using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

  And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Aaron Castro# 200900010786
Adams County Detention Facility
P.O. Box 5001
Brighton, CO 806013

Aaron Castro
9693 Ironton Street
Commerce City, CO 80022

Alfonzo Castro # 133690
Arkansas Valley Correctional Facility
P.O. Box 1000
Crowley, CO 81034

Aaron Castro
7161 Samuel Drive, #7
Denver, CO 80221

Aureliano Montoya-Cervantes
15625 E. 50th Avenue
Denver, CO 80239

Nicholas Castro
3172 Atchinson Way
Aurora, CO 80011

Carlos Olmos
6003 Grape Drive
Commerce City, CO 80022

Chia Lee # 150678
Trinidad Correctional Facility
P.O. Box 2000

Trinidad, CO 81082

Omar Carrola
4684 Gibraltar Street
Denver, CO 80249

                                GREGORY C. LANGHAM, CLERK

                          By:   s/ Gail Shaw
                                  Deputy Clerk