OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS
**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2011

GREGORY C. LANGHAM
CLERK

11-cv-00511 msk-kmt  #39

Aureliano Montoya-Cervantes
15625 E. 50th Avenue
Denver, CO 80239

NIXIE     802   DE 1              00  08/16/11
      RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
      UNABLE TO FORWARD
BC: 80294250099    *0720-05795-12-40