IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

      Defendants.
_____

**STATUS REPORT – SEPTEMBER 1, 2011**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to this Court's March 17, 2011 Minute Order, (Doc. 3), submits the following Status Report.

1.     Since the filing of its July 29, 2011 Status Report, (Doc. 37), the following events have occurred:

2.     On August 10, 2011, the United States filed a Motion for Clerk's Entry of Default, (Doc. 38), notifying the Court that direct notice and internet publication had been completed in this case. Anyone wishing to contest forfeiture of the defendant

1

property was required to file a claim by August 5, 2011.  No claim, answer, or other responsive pleading had been filed.

3.      On August 11, 2011, the Clerk issued an Entry of Default.  (Doc. 39.) Accordingly, the government intends to file a Motion for Final Order of Forfeiture forthwith.

4.      However, undersigned counsel informs the Court that she was contacted on approximately August 23, 2011, and again on August 30, 2011, by Carolina Castro, mother of Aaron and Alfonso Castro.  Property was seized from both Aaron and Alfonso Castro.  Ms. Castro indicated that she learned of the entry of default from her ex-husband Nicolas Castro.  Property was also seized from Nicolas Castro.  Ms. Castro claimed that neither Aaron, Alfonso, nor Nicholas received notice of the government's forfeiture action.

5.      Undersigned counsel then retrieved the U.S. Postal Mail receipts confirming that all three individuals received notice of the government's forfeiture complaint and related documents.  Specifically, Nicholas Castro personally signed the certified mail receipt on May 21, 2011.  Aaron and Alfonso Castro received the forfeiture complaint and related documents on May 23, 2011, at their respective prison facilities, as reflected on the certified mail receipts and as confirmed by undersigned counsel in a conversation with a prison official.  This information was conveyed to Ms. Castro on approximately August 23, 2011.

6.      Ms. Castro indicated that undersigned counsel would be contacted by Ms. Castro's attorney, but no such contact has been attempted, and no claim has been filed to date with respect to any of the defendant property.

7.      Pursuant to this Court's March 17, 2011 Minute Order, the United States understands that its next Status Report is due to be filed in this Court by **October 1, 2011.**

DATED this 1st day of September, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:  s/ *Martha A. Paluch*
       Martha A. Paluch
       Assistant United States Attorney
       1225 Seventeenth Street, Ste. 700
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       Fax: (303) 454-0402
       E-mail: martha.paluch@usdoj.gov
       *Attorney for Plaintiff*