IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

       Defendants.
_____

### MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE

       COMES NOW the United States of America (the "United States"), by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to Fed.R.Civ.P. 55 and 21 U.S.C. § 881, moves for default and final order of forfeiture of defendant property in favor of the United States.   In support, Plaintiff states:

       1.      The United States filed its Verified Complaint for Forfeiture *In Rem* against defendant property on March 2, 2011, and its Amended Verified Complaint on April 25, 2011, seeking forfeiture of the defendant property pursuant to 21 U.S.C. § 881 (Docs. 1 and 17).   All of the sworn statements in the complaint establish by a preponderance of the evidence ample probable cause for a judgment of forfeiture.

1

2. The United States Treasury executed the Amended Warrant for Arrest of Property *In Rem* on May 9, 2011.

3. Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the plaintiff's Certificates of Service filed with the Court on May 19, 2011 and July 1, 2011 (Docs. 31 and 35).

4. Notice of Civil Forfeiture was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning on May 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by the Notice of Publication filed with the Court on July 22, 2011 (Doc. 36).

5. To date, no claim, answer, or other responsive pleading has been filed as to this defendant property.

6. Entry of Default was entered on August 11, 2011, by the Clerk of the Court (Doc. 39).

7. For these reasons, the government respectfully requests that the Court grant this Motion for Default and Final Order of Forfeiture.

8. Upon entry of the Final Order of Forfeiture, the United States requests that the Clerk of Court be directed to enter Judgment as to defendant property.

WHEREFORE, the United States prays for default and final order of forfeiture of all of the defendant property in favor of the United States, for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 as to the defendant property, and to direct the Clerk of Court to enter Judgment as to all of the defendant property for the reasons set forth above.

DATED this 30th day of September, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on this 30th day of September, 2011, a true copy of the foregoing was mailed via regular mail and certified mail return receipt requested to:

| | |
|---|---|
| Aaron Castro<br>200900010786<br>Adams County Detention Facility<br>P.O. Box 5001<br>Brighton, CO 80601 | Cert # 7010 3090 0001 3928 5866 |
| Aaron Castro<br>9693 Ironton Street<br>Commerce City, CO 80022 | Cert # 7010 3090 0001 3928 5866 |
| Alfonzo Castro 133690<br>Arkansas Valley Correctional Facility<br>P.O. Box 1000<br>Crowley, CO 81034 | Cert # 7010 3090 0001 3928 5873 |
| Alfonzo Castro<br>7161 Samuel Drive, # 7<br>Denver, CO 80221 | Cert # 7010 3090 0001 3928 5880 |
| Aureliano Montoya-Cervantes<br>15625 E. 50th Avenue<br>Denver, CO 80239 | Cert # 7010 3090 0001 3928 5897 |

3

Nicholas Castro                               Cert # 7010 3090 0001 3928 5903
3172 Atchinson Way
Aurora, CO 80011

Carlos Olmos                                  Cert # 7010 3090 0001 3928 5910
6003 Grape Drive
Commerce City, CO 80022

Chia Lee 150678                               Cert # 7010 3090 0001 3928 5927
Trinidad Correctional Facility
P.O. Box 2000
Trinidad, CO 81082

Omar Carrola                                  Cert # 7010 3090 0001 3928 5934
4684 Gibraltar Street
Denver, CO 80249

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney