IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

       Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

       THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant property, the Court having reviewed said Motion FINDS:

       THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

       THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

1

THAT after notice, there have been no Claims or Answers filed in this matter as to defendant property as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on August 11, 2011 (Doc. 39);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture of as to defendant property;

THAT the Clerk of Court shall be directed to enter Judgment as to all of the defendant property;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of the following defendant property, including all right, title, and interest is hereby entered in favor of the United States:

    a.    18,753 Comic Books,

    b.    1998 BMW 740IL VIN WBAGJ8320WDM08536,

    c.    2000 Audi A8 VIN WAUFL54D1YN002010,

    d.    2001 Ford Mustang VIN 1FAFP42X61F104391,

    e.    1998 Mercedes-Benz S500 VIN WDBGA51G5WA385027,

      f.      1998 Lexus GS300 VIN JT8BD68S8W0032384,

      g.      $747.00 United States Currency,

      h.      $850.00 United States Currency,

      i.      $953.00 United States Currency, and

      j.      $545.00 United States Currency.

THAT the United States shall have full and legal title as to defendant property and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to as to all defendant property under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to all of the defendant property.

SO ORDERED this ____ day of _____, 2011.

BY THE COURT:

_____
MARCIA S. KRIEGER
U.S. District Court Judge