IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

       Defendants.
_____

## STATUS REPORT – OCTOBER 3, 2011
_____

      COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to this Court's March 17, 2011 Minute Order (Doc. 3), submits the following Status Report.

      1.    Since the filing of its September 1, 2011 Status Report (Doc. 43), the following events have occurred:

      2.    On September 30, 2011, the United States filed a Motion for Default and Final Order of Forfeiture.  (Doc. 44).  This motion remains pending.

1

DATED this 3rd day of October, 2011.

          Respectfully submitted,

          JOHN F. WALSH
          United States Attorney

By:  s/ *Martha A. Paluch*
      Martha A. Paluch
      Assistant United States Attorney
      1225 Seventeenth Street, Ste. 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0402
      E-mail: martha.paluch@usdoj.gov
      *Attorney for Plaintiff*