IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

       Defendants.
_____

**MOTION TO WITHDRAW MOTION FOR DEFAULT
AND FINAL ORDER OF FORFEITURE (DOC. 44)**
_____

       COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant U.S. Attorney Martha A. Paluch, and hereby moves to withdraw its Motion for Default and Final Order of Forfeiture, filed September 30, 2011.  (Doc. 44).  In support of this motion, the United States asserts as follows:

       1.      On October 5, 2011, it came to undersigned counsel's attention that potential third party claimants exist who did not receive notice of this forfeiture action. One such claimant is a lienholder on the above referenced 2001 Ford Mustang. Undersigned counsel is in the process of pursuing settlement negotiations with the lienholder as well as with an additional potential third party claimant.

1

2.      Once settlement agreements have been reached, undersigned counsel will file those agreements, along with a Motion for Final Order of Forfeiture, with the Court.

3.      Undersigned counsel apologizes to the Court for this inconvenience.

DATED this 6th day of October, 2011.

Respectfully submitted,
JOHN F. WALSH
United States Attorney

By:  s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on this 6th day of October, 2011, a true copy of the foregoing was mailed via regular mail and certified mail return receipt requested to:

Aaron Castro, No. 200900010786          Cert # 7008 1830 0000 6624 1103
Adams County Detention Facility
P.O. Box 5001
Brighton, CO 80601

Aaron Castro                            Cert # 7008 1830 0000 6624 1110
9693 Ironton Street
Commerce City, CO 80022

Alfonzo Castro, No. 133690              Cert # 7008 1830 0000 6624 1127
Arkansas Valley Correctional Facility
P.O. Box 1000
Crowley, CO 81034

Alfonzo Castro
7161 Samuel Drive, # 7
Denver, CO 80221

Cert # 7008 1830 0000 6624 1134

Aureliano Montoya-Cervantes
15625 E. 50th Avenue
Denver, CO 80239

Cert # 7008 1830 0000 6624 1141

Nicholas Castro
3172 Atchinson Way
Aurora, CO 80011

Cert # 7008 1830 0000 6624 1158

Carlos Olmos
6003 Grape Drive
Commerce City, CO 80022

Cert # 7008 1830 0000 6624 1165

Chia Lee, No. 150678
Trinidad Correctional Facility
P.O. Box 2000
Trinidad, CO 81082

Cert # 7008 1830 0000 6624 1172

Omar Carrola
4684 Gibraltar Street
Denver, CO 80249

Cert # 7008 1830 0000 6624 1189

Ultimate Auto
1661 W. 64th Avenue
Denver, CO 80221

Cert # 7008 1830 0000 6624 1196

Carolina Castro
2650 Chase Street, Apt. 5
Wheat Ridge, CO 80214

Cert # 7008 1830 0000 6624 1202

Carolina Castro
2330 Clay Street
Denver, CO 80211

Cert # 7008 1830 0000 6624 1219

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney