OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2011

GREGORY C. LANGHAM
CLERK

11-cv-511-MSK
#39

Omar Carrola
4684 Gibraltar Street
Denver, CO 80249

NIXIE    802  DE 1    00  10/23/11
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 8029425009    *0720-05801-12-40

US POSTAGE