IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

       Defendants.
_____

## STATUS REPORT – OCTOBER 31, 2011
_____

       COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to this Court's March 17, 2011 Minute Order (Doc. 3), submits the following Status Report.

       1.    Since the filing of its October 3, 2011 Status Report (Doc. 45), the following events have occurred:

       2.    On October 6, 2011, the United States filed a Motion to Withdraw its Motion for Default and Final Order of Forfeiture. (Doc. 46). The basis of this motion

1

was the fact that on October 5, 2011, it came to undersigned counsel's attention that potential third party claimants existed who did not receive notice of this forfeiture action.

3. The United States is in the process of finalizing settlement agreements with two such third party claimants with respect to two vehicles seized in this action. Once those settlement agreements have been reached, the United States will file a Motion for Final Order of Forfeiture as to this case.

4. Pursuant to this Court's March 17, 2011 Minute Order (Doc. 3), the United States understands that its next Status Report is due to be filed by December 1, 2011.

DATED this 31st day of October, 2011.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Martha A. Paluch*
    Martha A. Paluch
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0402
    E-mail: martha.paluch@usdoj.gov
    *Attorney for Plaintiff*