IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

       Defendants.
_____

**UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE**
_____

       COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and moves for final order of forfeiture of defendant property in favor of the United States. In support, Plaintiff states:

       1.    On April 25, 2011, the United States filed its Amended Verified Complaint seeking forfeiture of the defendant property pursuant to 21 U.S.C. § 881. (Doc. 17). All of the sworn statements in the complaint established by a preponderance of the evidence ample probable cause for a judgment of forfeiture.

1

2. The United States Marshals Service executed the Amended Warrant for Arrest of Property *In Rem* on May 9, 2011.

3. Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the plaintiff's Certificates of Service filed with the Court on May 19, 2011, and July 1, 2011.   (Docs. 31 and 35).

4. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by the Notice of Publication filed with the Court on July 22, 2011.   (Doc. 36).

5. On September 30, 2011, the United States filed a Motion for Default and Final Order of Forfeiture.   (Doc. 44).

6. On October 6, 2011, the United States filed a Motion to Withdraw Motion for Default and Final Order of Forfeiture (Doc. 46), due to the fact the United States had recently learned of additional third parties who may have had an ownership interest in defendant properties.   The Court granted the United States' Motion on October 7, 2011.   (Doc. 47).

7. The United States and interested parties, Ultimate Autos, through owner Nadali Atefi, and Caroline Castro and Carolina Bustillos, through attorney Neil MacFarlane, Esq., have reached settlement agreements resolving all issues in this civil forfeiture matter, and the Settlement Agreements are being filed contemporaneously herewith.   The terms agreed to by the parties are, *inter alia*, as follows:

  a. The United States and Nadali Atefi agree that defendant 2001 FORD MUSTANG VIN 1FAFP42X61F104391 (defendant "Mustang") shall be returned "As Is" to Ultimate Autos, through owner Nadali Atefi.

  b. Nadali Atefi further agrees that he will not contest forfeiture of the remaining properties, and that all right, title, and interest in these properties will be forfeited to the United States pursuant to 21 U.S.C. § 881, and that upon entry of a Final Order of Forfeiture, the forfeited properties shall be disposed of in accordance with law.

  c. The United States and Carolina Castro and Caroline Bustillos, agree that defendant 1998 BMW 740IL VIN WBAGJ8320WDM08536, (defendant "BMW") shall be returned "As Is" to registered owners, Caroline Castro and Carolina Bustillos, through attorney Neil MacFarlane.

  d. Carolina Castro and Caroline Bustillos further agree that they will not contest forfeiture of the remaining properties, and that all right, title, and interest in these properties will be forfeited to the United States pursuant to 21 U.S.C. § 881, and that upon entry of a Final Order of Forfeiture, the forfeited properties shall be disposed of in accordance with law.

No other claims to defendant properties have been filed.   Accordingly, all potential claimants' interests in defendant properties have been resolved.

WHEREFORE, the United States prays for a final order of forfeiture forfeiting to the United States the following defendant properties:

  a. 18,753 COMIC BOOKS,

  b. 2000 AUDI A8 VIN WAUFL54D1YN002010,

      c.      1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,

      d.      1998 LEXUS GS300 VIN JT8BD68S8W0032384,

      e.      $747.00 UNITED STATES CURRENCY,

      f.      $850.00 UNITED STATES CURRENCY,

      g.      $953.00 UNITED STATES CURRENCY, and

      h.      $545.00 UNITED STATES CURRENCY.

The United States also respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Judgment as to these defendant properties for the reasons set forth above.

DATED this 21st day of November, 2011.

      Respectfully submitted,

      JOHN F. WALSH
      United States Attorney

By: s/ *Martha A. Paluch*
      Martha A. Paluch
      Assistant United States Attorney
      1225 Seventeenth Street, Ste. 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0402
      E-mail: martha.paluch@usdoj.gov
      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I served the same via regular and certified mail to the following:

| | |
|---|---|
| Aaron Castro, No. 200900010786<br>Adams County Detention Facility<br>P.O. Box 5001<br>Brighton, CO 80601 | Cert # 7010 2780 0002 3338 6413 |
| Alfonzo Castro, No. 133690<br>Arkansas Valley Correctional Facility<br>P.O. Box 1000<br>Crowley, CO 81034 | Cert # 7010 2780 0002 3338 6420 |
| Aureliano Montoya-Cervantes<br>15625 E. 50th Avenue<br>Denver, CO 80239 | Cert # 7010 2780 0002 3338 6437 |
| Nicholas Castro<br>3172 Atchinson Way<br>Aurora, CO 80011 | Cert # 7010 2780 0002 3338 6444 |
| Carlos Olmos<br>6003 Grape Drive<br>Commerce City, CO 80022 | Cert # 7010 2780 0002 3338 6451 |
| Chia Lee, No. 150678<br>Trinidad Correctional Facility<br>P.O. Box 2000<br>Trinidad, CO 81082 | Cert # 7010 2780 0002 3338 6468 |
| Omar Carrola<br>4684 Gibraltar Street<br>Denver, CO 80249 | Cert # 7010 2780 0002 3338 6475 |
| Ultimate Autos<br>Nadali Atefi<br>1661 W. 64th Avenue<br>Denver, CO 80221 | Cert # 7010 2780 0002 3338 6482 |

| | |
|---|---|
| Caroline Bustillos<br>14421E. 1st Drive<br>Aurora, CO 80011 | Cert # 7010 2780 0002 3338 6499 |
| Neil MacFarlane, Esq.<br>8098 West 93rd Way<br>Westminster, CO 80021<br>*Attorney for Carolina Castro* | Cert # 7010 2780 0002 3338 6505 |

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney

6