IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

        Defendants.

## SETTLEMENT AGREEMENT

COMES NOW the United States of America by and through Assistant United States Attorney Martha A. Paluch, and Nadali Atefi, Owner/Operator of Ultimate Autos, and enter into the following Settlement Agreement:

1. Nadali Atefi agrees that upon entry of the Final Order of Forfeiture, the United States will promptly direct the Internal Revenue Service Criminal Investigation to return "As Is" defendant 2001 FORD MUSTANG VIN 1FAFP42X61F104391 to registered owner Ultimate Autos, through owner/operator, Nadali Atefi.

1

2. Nadali Atefi further agrees that he will not contest forfeiture of the remaining properties, and that all right, title, and interest in these properties will be forfeited to the United States pursuant to 21 U.S.C. § 881, and that upon entry of a Final Order of Forfeiture, the forfeited properties shall be disposed of in accordance with law.

3. A Certificate of Reasonable Cause pursuant to 28 U.S.C. ' 2465 shall issue as to all defendant property.

4. Any attorneys fees, interest, costs, and fees incurred by Nadali Atefi will be his sole responsibility and obligation.

5. The United States and Nadali Atefi and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. ' 983 and 28 U.S.C. ' 2465, with respect to defendant property herein, except for any civil tax liability which Nadali Atefi understand must be handled between Nadali Atefi and the Internal Revenue Service directly.

6. This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, and attorneys of the United States and Nadali Atefi.

7. The filing of this Settlement Agreement does not constitute a dismissal of this action. A Motion for Final Order of Forfeiture resolving all issues in this case is being filed contemporaneously herewith.

DATED: 11/3/11

MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney=s Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0353
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov

DATED: 10-28-11

NADALI ATEFI
OWNER/OPERATOR,
ULTIMATE AUTOS