IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

        Defendants.

## SETTLEMENT AGREEMENT

        COMES NOW the United States of America by and through Assistant United States Attorney Martha A. Paluch, and Carolina Castro, through Neil MacFarlane, Esq., and Caroline Bustillos, and enter into the following Settlement Agreement:

        1.       The parties agree that upon entry of the Final Order of Forfeiture, the United States will promptly direct the Internal Revenue Service Criminal Investigation to return "As Is" defendant 1998 BMW 740IL VIN WBAGJ8320WDM08536 to registered owner Carolina Castro.

        2.       In exchange for the return of this seized vehicle, Carolina Castro

and Caroline Bustillos further agree that they will not contest forfeiture of any of the remaining properties, to include defendant 2000 AUDI A8 VIN WAUFL54D1YN002010, and that all right, title, and interest in these properties will be forfeited to the United States pursuant to 21 U.S.C. § 881, and that upon entry of a Final Order of Forfeiture, the forfeited properties shall be disposed of in accordance with law.

      3.    A Certificate of Reasonable Cause pursuant to 28 U.S.C. ' 2465 shall issue as to all defendant property.

      4.    Any attorneys fees, interest, costs, and fees incurred by Carolina Castro and Caroline Bustillos will be their sole responsibility and obligation.

      5.    The United States and Carolina Castro and Caroline Bustillos forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. ' 983 and 28 U.S.C. ' 2465, with respect to defendant property herein, except for any civil tax liability which Carolina Castro and Caroline Bustillos understand must be handled between Carolina Castro, Caroline Bustillos and the Internal Revenue Service directly.

      6.    This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, and attorneys of the United States and Carolina Castro and Caroline Bustillos.

      7.    The filing of this Settlement Agreement does <u>not</u> constitute a dismissal of this action.  A Motion for Final Order of Forfeiture resolving all issues in this case is being filed contemporaneously herewith.

DATED: 11/18/11            _____
                           MARTHA A. PALUCH
                           Assistant United States Attorney
                           United States Attorney=s Office
                           1225 17th Street, Suite 700
                           Denver, Colorado 80202
                           Telephone: (303) 454-0353
                           Fax: (303) 454-0402
                           E-mail: Martha.Paluch@usdoj.gov


DATED: 11/7/2011           _____
                           CAROLINA CASTRO


DATED: 11-7-11             _____
                           CAROLINE BUSTILLOS

3