IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

18,753 COMIC BOOKS;
1998 BMW 740IL VIN WBAGJ8320WDM08536;
2000 AUDI A8 VIN WAUFL54D1YND002010;
2001 FORD MUSTANG VIN 1FAFP42X61F104391;
1998 MERCEDES-BENZ S500 VIN WDBGA51G52A385027;
1998 LEXUS GS300 VIN JT8BD68S8W0032384;
$747.00 UNITED STATES CURRENCY;
$850.00 UNITED STATES CURRENCY;
$953.00 UNITED STATES CURRENCY; and
$545.00 UNITED STATES CURRENCY,

        Defendants.

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United StatesUnopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and interested parties, Ultimate Autos, through owner Nadali Atefi, and Carolina Castro and Caroline Bustillos, through attorney Neil MacFarlane Esq., have reached settlement agreements in this case, and have filed Settlement Agreements with the Court resolving all issues in dispute;

THAT no other claims to defendant properties have been filed;

THAT upon agreement the United States has agreed to return defendant 2001 FORD MUSTANG VIN 1FAFP42X61F104391 to Ultimate Autos, through owner Nadali Atefi;

THAT upon agreement the United States has agreed to return defendant 1998 BMW 740IL VIN WBAGJ8320WDM08536 to Carolina Castro and Caroline Bustillos, through attorney Neil MacFarlane;

THAT upon agreement of the parties, Nadali Atefi, Carolina Castro, and Caroline Bustillos, further agreed that they will not contest forfeiture of the remaining properties, and that all right, title, and interest in these properties will be forfeited to the United States pursuant to 21 U.S.C. 881, and that upon entry of a Final Order of Forfeiture, the forfeited properties shall be disposed of in accordance with law;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States will return defendant 2001 FORD MUSTANG VIN 1FAFP42X61F104391 to Ultimate Autos, through owner Nadali Atefi;

THAT the United States will return defendant 1998 BMW 740IL VIN WBAGJ8320WDM08536 to Carolina Castro and Caroline Bustillos, through attorney Neil MacFarlane;

THAT forfeiture of:

a. 18,753 COMIC BOOKS,

b. 2000 AUDI A8 VIN WAUFL54D1YN002010,

c. 1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,

        d. 1998 LEXUS GS300 VIN JT8BD68S8W0032384,

        e. $747.00 UNITED STATES CURRENCY,

        f. $850.00 UNITED STATES CURRENCY,

        g. $953.00 UNITED STATES CURRENCY, and

        h. $545.00 UNITED STATES CURRENCY,

shall enter in favor of the United States;

    THAT the United States shall have full and legal title to the forfeited properties, and may dispose of them in accordance with law and in accordance with the terms and provisions of the partiesSettlement Agreements;

    THAT the Clerk of Court is directed to enter Judgment;

    THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant properties pursuant to 28 U.S.C. 2465; and

    THAT the Clerk of Court shall close this case.

    DATED this 22nd day of November, 2011.

                                    **BY THE COURT:**

                                    *Marcia S. Krieger* (signature)

                                    Marcia S. Krieger
                                    United States District Judge