IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

    Defendants.

_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the honorable Marcia S. Krieger, the following FINAL JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title of defendant property, is hereby entered in favor of the United States as follows:

        a.    18,753 Comic Books,

        b.    2000 Audi A8 VIN WAUFL54D1YN002010,

        c.    1998 Mercedes-Benz S500 VIN WDBGA51G5WA385027,

        d.    1998 Lexus GS300 VIN JT8BD68S8W0032384,

    e.  $747.00 United States Currency,

    f.  $850.00 United States Currency,

    g.  $953.00 United States Currency, and

    h.  $545.00 United States Currency.

  2. The United States may dispose of the above-described forfeited property in accordance with and in accordance with the terms and provisions of the parties' Settlement Agreements.

  DATED at Denver, Colorado this 23rd day of November.

           FOR THE COURT:

           Gregory C. Langham, Clerk

           By s/ Edward Butler
             Edward P. Butler