IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00511-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18,753 COMIC BOOKS,
1998 BMW 740IL VIN WBAGJ8320WDM08536,
2000 AUDI A8 VIN WAUFL54D1YN002010,
2001 FORD MUSTANG VIN 1FAFP42X61F104391,
1998 MERCEDES-BENZ S500 VIN WDBGA51G5WA385027,
1998 LEXUS GS300 VIN JT8BD68S8W0032384,
$747.00 UNITED STATES CURRENCY,
$850.00 UNITED STATES CURRENCY,
$953.00 UNITED STATES CURRENCY, and
$545.00 UNITED STATES CURRENCY,

    Defendants.
_____

**STATUS REPORT – NOVEMBER 30, 2011**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to this Court's March 17, 2011 Minute Order (Doc. 3), submits the following Status Report.

1.    Since the filing of its October 31, 2011 Status Report (Doc. 49), the following events have occurred:

2.    On November 21, 2011, the United States filed an Unopposed Motion for Final Order of Forfeiture. (Doc. 50). Attached to this Motion were copies of settlement

1

agreements reached between the United States and third parties who had ownership interests in two of defendant vehicles, the BMW and the Ford Mustang. These vehicles were returned to the individuals named in the Motion.

3. On November 22, 2011, the Honorable Marcia S. Krieger issued a Final Order of Forfeiture in this case, ordering that forfeiture as to the remaining defendant properties enter in favor of the United States. (Doc. 51).

4. On November 23, 2011, Final Judgment was entered by the Clerk of the Court. (Doc. 52).

5. Given that the instant case is completed, the United States respectfully submits that status reports are no longer necessary in this case.

DATED this 30th day of November, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I served the same via regular and certified mail to the following:

Aaron Castro, No. 200900010786  Cert # 7010 2780 0002 3338 6598
Adams County Detention Facility
P.O. Box 5001
Brighton, CO 80601

Alfonzo Castro, No. 133690  Cert # 7010 2780 0002 3338 6604
Arkansas Valley Correctional Facility
P.O. Box 1000
Crowley, CO 81034

Aureliano Montoya-Cervantes  Cert # 7010 2780 0002 3338 6611
15625 E. 50th Avenue
Denver, CO 80239

Nicholas Castro  Cert # 7010 2780 0002 3338 6628
3172 Atchinson Way
Aurora, CO 80011

Carlos Olmos  Cert # 7010 2780 0002 3338 6635
6003 Grape Drive
Commerce City, CO 80022

Chia Lee, No. 150678  Cert # 7010 2780 0002 3338 6642
Trinidad Correctional Facility
P.O. Box 2000
Trinidad, CO 81082

Omar Carrola  Cert # 7010 2780 0002 3338 6659
4684 Gibraltar Street
Denver, CO 80249

Ultimate Autos  Cert # 7010 2780 0002 3338 6666
Nadali Atefi
1661 W. 64th Avenue
Denver, CO 80221

4

Caroline Bustillos                           Cert # 7010 2780 0002 3338 6673
14421E. 1st Drive
Aurora, CO 80011

Neil MacFarlane, Esq.                     Cert # 7010 2780 0002 3338 6680
8098 West 93rd Way
Westminster, CO 80021
*Attorney for Carolina Castro*

                                            s/ *Raisa V. Pitman*
                                            FSA Data Analyst
                                            Office of the U.S. Attorney

4